UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MARIA BIRRUETA,

    Plaintiff,

    v.

WAL-MART STORES, INC., a Delaware corporation,

    Defendant.

No. CV-12-3022-RHW

**ORDER GRANTING DISMISSAL OF PLAINTIFF'S COMPLAINT**

Before the Court is Defendant's Motion for Entry of Order of Dismissal, ECF No. 40, heard without oral argument. Upon stipulation of all counsel that this matter has been resolved, the Court finds there is good cause for the dismissal. Plaintiff's complaint may be dismissed with prejudice and without costs or attorneys' fees.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's Motion for Entry of Order of Dismissal, ECF No. 40, is **GRANTED.**

2. Plaintiff's complaint is **DISMISSED** with prejudice, each party to pay its own costs and attorney fees.

///

///

///

**ORDER GRANTING DISMISSAL OF PLAINTIFF'S COMPLAINT** * 1

q:\rhw\acivil\2012\birrueta\order dismissal.docx

3.  All pending motions are **DENIED** as moot.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, forward copies to counsel, and **close the file**.

**DATED** this 11th day of January, 2013.

<u>s/Robert H. Whaley</u><br>
ROBERT H. WHALEY<br>
Senior United States District Judge

**ORDER GRANTING DISMISSAL OF PLAINTIFF'S COMPLAINT** * 2

q:\rhw\acivil\2012\birrueta\order dismissal.docx